UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JORGE KUSANOVIC,

        Plaintiff,  **ORDER**
                                                         CV 12-4217 (ADS)(ARL)

   -against-

EAST HAMPTON TOWN,

        Defendant.
----------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is defendant's motion to compel plaintiff to respond to defendant's First Set of Interrogatories and Requests for Production of Documents. The discovery requests were served on October 10, 2013. Plaintiff responded to defendant's interrogatories on November 25, 2013, produced initial disclosures with some documents on November 22 and 26, 2013, and responded to defendant's document requests on January 9, 2014, but the response did not include any of the requested documents or authorizations. By letter dated January 22, 2014, defendant advised plaintiff of the deficiencies pertaining to his initial disclosures and responses to defendant's interrogatories and document requests, but plaintiff did not respond to that letter or to defendant's subsequent attempts to resolve these issues and respond to the outstanding discovery. Nor has plaintiff responded to the instant application.

      Defendant's motion is granted. By March 18, 2014, plaintiff shall respond to all outstanding discovery demands outlined in the January 22, 2014 letter attached to this application as Ex. A, including to (1) supplement the initial disclosures; (2) supplement Interrogatory Nos. 1-4, 6-8, 10, 12-16; (3) produce Document Request Nos. 1, 6-11, 13-14, 16-17, 20-21, 24, 26, 30-31, 34-35, 37, 49-51, 53, 55-57, 59, 64-67, 72-73, 77, 78; and (4) provide the requisite signatures and verifications. Plaintiff is warned that failure to comply with this order may result in the imposition of sanctions, including reimbursement of attorney's fees or a recommendation that the case be dismissed for failure to prosecute.

Dated: Central Islip, New York          **SO ORDERED:**
       March 10, 2014

                                                     _____/s_____
                                                   ARLENE R. LINDSAY
                                                   United States Magistrate Judge