UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JORGE KUSANOVIC,

                Plaintiff,                          **ORDER**
                                                CV 12-4217 (ADS)(ARL)

          -against-

EAST HAMPTON TOWN,

                Defendant.
------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

       Before the court is defendant's motion to compel plaintiff to respond to defendant's First
Set of Interrogatories and Requests for Production of Documents. The discovery requests were
served on October 10, 2013. Plaintiff responded to defendant's interrogatories on November 25,
2013, produced initial disclosures with some documents on November 22 and 26, 2013, and
responded to defendant's document requests on January 9, 2014, but the response did not include
any of the requested documents or authorizations. By letter dated January 22, 2014, defendant
advised plaintiff of the deficiencies pertaining to his initial disclosures and responses to
defendant's interrogatories and document requests, but plaintiff did not respond to that letter or
to defendant's subsequent attempts to resolve these issues and respond to the outstanding
discovery. Nor has plaintiff responded to the instant application.

       Defendant's motion is granted. By March 18, 2014, plaintiff shall respond to all
outstanding discovery demands outlined in the January 22, 2014 letter attached to this application
as Ex. A, including to (1) supplement the initial disclosures; (2) supplement Interrogatory Nos. 1-
4, 6-8, 10, 12-16; (3) produce Document Request Nos. 1, 6-11, 13-14, 16-17, 20-21, 24, 26, 30-
31, 34-35, 37, 49-51, 53, 55-57, 59, 64-67, 72-73, 77, 78; and (4) provide the requisite signatures
and verifications. Plaintiff is warned that failure to comply with this order may result in the
imposition of sanctions, including reimbursement of attorney's fees or a recommendation that the
case be dismissed for failure to prosecute.

Dated: Central Islip, New York
          March 10, 2014                   **SO ORDERED:**


                                          _____/s_____
                                          ARLENE R. LINDSAY
                                          United States Magistrate Judge